# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**LARRY J. THOMAS,**

    **Petitioner,**

**vs.**                                                                        **Case No. 3:16cv373-RV/CAS**

**JULIE L. JONES, Secretary, Florida
Department of Corrections,**

    **Respondent.**
_____/

## ORDER, REPORT AND RECOMMENDATION

This cause is before the court upon a petition for writ of habeas corpus pursuant.  ECF No. 1.  Petitioner titled his petition as a 28 U.S.C. § 2241, however, Petitioner is in State custody and is contesting his state court conviction and therefore his Petition should have been filed pursuant to 28 U.S.C. § 2254.  ECF No. 1.

Petitioner is currently incarcerated at the Santa Rosa Correctional Institution in Milton, Florida, located in the Northern District of Florida.  He challenges his conviction from the Eighteenth Judicial Circuit in Seminole County, Florida, which is located in the Middle District of Florida.

Since the Middle District is the district of conviction it would appear to be the most convenient for witnesses should an evidentiary hearing be necessary, and so transfer of this cause to the Jacksonville Division of the Middle District of Florida is appropriate.  Mitchell v. Henderson, 432 F.2d 435, 436 (5th Cir. 1970) (division of conviction, where witnesses were located, was appropriate venue over division of confinement in challenge to conviction); Parker v. Singletary, 974 F.2d 1562, 1582 and n. 118 (11th Cir. 1992) (courts should give careful consideration to the convenience of witnesses in transferring habeas corpus petitions under § 2241(d), citing Mitchell).

Accordingly it is **ORDERED** that the Clerk shall change this cause of action on the docket to a 28 U.S.C. § 2254.

It is further respectfully **RECOMMENDED** that this case be transferred to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on July 28, 2016.

                                      Charles A. Stampelos
                                      CHARLES A. STAMPELOS
                                      UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**