IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY J. THOMAS,

    Petitioner,

vs.                              Case No. 3:16cv373-RV/CAS

JULIE L. JONES, Secretary, Florida
Department of Corrections,

    Respondent.
_____/

# O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Order, Report and Recommendation dated July 28, 2016, ECF No. 4.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

    Having considered the report and recommendation and the objections thereto (doc. 5) timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The Magistrate Judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Petitioner's Motion for Appointment of Counsel, ECF No. 2, is **DENIED without prejudice**.

3.  This case is hereby transferred to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

DONE AND ORDERED this 17th day of August, 2016.

/s/ *Roger Vinson*
ROGER VINSON
Senior United States District Judge